746

| | | | |
|---|---|---|---|
| Com. v. Riddick [60] .. | 12/30/2015689 MAL (2015) | Denied | No. 35 MDM 2015 |
| Com. v. Rivas [61] .... | 12/31/2015589 MAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| Com. v. Rivas-Rivera ............. | 12/08/2015563 MAL (2015) | Denied | Pa.Super., 122 A.3d 1138 |
| Com. v. Rivera [62] ... | 12/30/2015279 WAL (2015) | Denied | Pa.Super., 122 A.3d 1137 |
| Com. v. Robinson [63] | 01/04/2016402 WAL (2015) | Denied | Pa.Super., 133 A.3d 67 |
| Com. v. Robinson [64] | 12/28/2015509 EAL (2015) | Denied | Pa.Super., 122 A.3d 367 |
| Com. v. Rubino [65] .. | 12/30/2015633 MAL (2015) | Denied | Pa.Super., 125 A.3d 454 |
| Com. v. Santane [66] .. | 12/30/2015477 EAL (2015) | Denied | Pa.Super., 125 A.3d 440 |
| Com. v. Schmidt [67] | 12/30/2015570 MAL (2015) | Denied | Pa.Super., 122 A.3d 1142 |
| Com. v. Sears [68] .... | 02/01/2016431 WAL (2015) | Denied | Pa.Super., 131 A.3d 101 |
| Com. v. Smith [69] , ... | 12/30/2015340 WAL (2015) | Denied | Pa.Super., 125 A.3d 456 |

60. Justice EAKIN did not participate in the decision of this matter.
61. Justice EAKIN did not participate in the decision of this matter.
62. Justice EAKIN did not participate in the decision of this matter.
63. Justice EAKIN did not participate in the decision of this matter.
64. Justice EAKIN did not participate in the decision of this matter.
65. Justice EAKIN did not participate in the decision of this matter.
66. Justice EAKIN did not participate in the decision of this matter.
67. Justice EAKIN did not participate in the decision of this matter.
68. Justice EAKIN did not participate in the decision of this matter.
69. Justice EAKIN did not participate in the decision of this matter.